# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:04-cr-00038-LDG (GWF) |
| v. | **ORDER** |
| GREG CARTER, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Greg Carter's Motion to Stay Supervised Release Payment of Restitution Condition Pending Decision on Appeal (#327) is DENIED.

DATED this 11 day of July, 2013.

_____
Lloyd D. George
United States District Judge