# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

UNITED STATES OF AMERICA,  )
                                       )    Case No.: 2:04-cr-00038-LDG-GWF
      Plaintiff,                   )
                                       )    **ORDER**
    vs.                           )
                                       )
GREG CARTER,                 )
                                       )
      Defendant.                )
                                       )

This matter coming on the Petition by the United States Probation Office to Revoke Term of Supervision (#330), the premises therein having been considered and a hearing conducted, the Court Orders as follows:

1.      Defendant Carter is continued on the same terms and conditions of supervised release.

2.      Defendant Carter will continue to make payment toward restitution on a schedule of $100 per month until such time as the judgment of restitution is satisfied or ordered otherwise by the Court.

IT IS SO ORDERED.
DATED this 22 day of January, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge